ACCEPTED
14-15-00370-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 5:45:42 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00370-CV

## In the Court of Appeals for the 14th Judicial District Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 5:45:42 PM
CHRISTOPHER A. PRINE
Clerk

---

*In re* CONNIE VASQUEZ HARRISON,
*Relator*

---

Original Proceeding Arising from the
311th Judicial District
Harris County, Texas
Trial Court Cause No. 2006-68864

---

## REAL PARTY IN INTEREST CLIFFORD LAYNE HARRISON'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSE

---

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

Real Party in Interest, CLIFFORD LAYNE HARRISON, ("Mr. Harrison") requests a thirty (30) day extension of time to file his response to CONNIE VASQUEZ HARRISON'S, Petition for Writ of Habeas Corpus. In support of this motion, Mr. Harrison shows as follows:

894144.1                                   1

1. On or about April 28, 2015, CONNIE VASQUEZ HARRISON ("Relator"), filed her Petition for Writ of Habeas Corpus before this Honorable Court. The petition relates to several orders issued by the trial court in the underlying suit.

2. Following a hearing on October 24, 2014, the Honorable Alicia K. Franklin, Presiding Judge of the 311th Judicial District Court of Harris County, Texas, signed an order holding Relator in contempt of court and committing her to the Harris County Jail. It was ordered that Relator be placed on community supervision and her commitment be conditionally suspended.

3. On December 18, 2014, the Honorable Alicia K. Franklin, Presiding Judge of the 311th Judicial District Court of Harris County, Texas, signed an order revoking Relator's suspension of commitment and committed Relator to the Harris County Jail. Relator was subsequently released from the Harris County Jail on January 5, 2015.

4. On April 10, 2015, the Honorable Judge Charley Prine, as the sitting, assigned Judge of the 311th District Court, entered an order revoking Relator's suspension of commitment, thereby committing Relator to the Harris County Jail, again.

5. On or about April 28, 2015, Relator filed her Petition for Writ of Habeas Corpus before this Honorable Court. Contemporaneously with her Petition for Writ of Habeas Corpus, Relator filed a Motion for Emergency Interim Relief.

6. On April 29, 2015 this Court issued a writ of habeas corpus, returnable on May 26, 2015 (pending final determination of the relief requested in Relator's petition). On the same day, this Court also denied (as moot), Relator's Motion for Emergency Interim Relief.

7. This Court has requested a response to Relator's Petition for Writ of Habeas Corpus be filed on or before May 12, 2015.

8. Real Party in Interest, Clifford Harrison, respectfully requests an extension of time of thirty (30) days to file his response pursuant to Rule 10.5 and Rule 38.6 of the Texas Rules of Appellate Procedure.

9. There are still numerous unresolved post-judgment matters relating to the underlying case pending before the trial court. As a result, Real Party in Interest, Clifford Harrison, has been required to commit an exceptional amount of time attending to the resolution of those matters.

10. In addition to the perpetual nature of the ongoing trial court proceedings, Relator has been unrelenting in seeking various forms of appellate relief before this Court. Aside from Relator's Petition for Writ of Habeas

Corpus currently before this Court, since the beginning of the year, Relator has filed two (2) Petitions for Writ of Mandamus with this Court. Significant time was expended responding to Relator's second Petition for Writ of Mandamus, the response having been filed just last week.

11. Much of Counsel's recent time has been devoted to the resolution of matters related to this case. An extension is being requested so that Counsel may appropriately attend to other pending client matters in her caseload while also preparing a response to Relator's Petition for Writ of Habeas Corpus that best presents Mr. Harrison's position.

12. Pursuant to the writ issued by this Court, Relator has been released from commitment at the Harris County Jail. Therefore, an extension of time to respond to Relator's petition would not unduly harm or disadvantage Relator in any way.

13. Real Party in Interest respectfully requests additional time to prepare his response to Relator's Petition for Writ of Habeas Corpus.

14. Real Party in Interest, Clifford Harrison has not been granted any previous extensions to the deadline to respond to the Petition for Writ of Habeas Corpus.

15. This motion is not made to delay, but to present Mr. Harrison's position effectively and in compliance with the Rules of Appellate Procedure.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Real Party in Interest, Clifford Harrison, respectfully requests that the Court grant a thirty (30) day extension of time for Real Party in Interest to file a response to Relator's Petition for Writ of Habeas Corpus.

Respectfully Submitted,

**SARAH HIRSCH JOYCE, ATTORNEY AT LAW**

/s/ Sarah Hirsch Joyce
Sarah Hirsch Joyce
State Bar No. 24092522
3355 W. Alabama St., Suite 825
(713) 529-3982
(855) 624-7224 Facsimile
SarahHirschJoyce@gmail.com
Appellate Counsel for Clifford Layne Harrison,
Real Party in Interest

## CERTIFICATE OF CONFERENCE

I hereby certify that Real Party in Interest's counsel has conferred with Terry Hart, counsel for Relator, and he is opposed to this request for extension.

/s/ Sarah Hirsch Joyce
Sarah Hirsch Joyce

## CERTIFICATE OF SERVICE

I certify that a true copy was served on all parties and/or counsel of record in accordance with Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d) and (e) on May 11, 2015 as follows:

TERRY L. HART
State Bar No. 09150750
4265 San Felipe, Suite 1100 Houston, TX 77027
Tel: (713) 968-9818
Fax: (713) 968-9817
Email: thart@terryhartlaw.com

/s/ Sarah Hirsch Joyce
Sarah Hirsch Joyce